UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,<br>　　　　Plaintiff,<br>　　v.<br>CHRISTOPHER LANG,<br>　　　　Defendant. | Case No. 14-cv-00909-CW<br><br>**CONDITIONAL ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 56 |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated. The pretrial conference and trial date will remain on calendar pending the filing of a notice of dismissal.

Dated: July 23, 2015

_____
CLAUDIA WILKEN
United States District Judge